**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1531**

---

LARRY YANCEY,

                                  Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (CA-97-1146-1)

---

Submitted:  July 22, 1998            Decided:  August 5, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Yancey, Appellant Pro Se.  Charlotte Jefferson Hardnett, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Yancey appeals the district court's order denying his action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Yancey v. United States</u>, No. CA-97-1146-1 (M.D.N.C. Apr. 7, 1998). We deny Yancey's motion for summary reversal. We also dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>